

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MD Nurulhuda Shapan

**Civil Action No.** 25-cv-03817-AGS-VET

                                    **Petitioner**

                        V.

Warden, Otay Mesa Detention Center

**JUDGMENT IN A CIVIL CASE**

                                    **Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 5, 2026, the Court held a hearing. For the reasons set out on the record, the petition for a writ of habeas corpus (ECF 1) is denied. The case is hereby closed.

**Date:**        2/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

                                    M. Fujita, Deputy